IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3057 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY L. FAYANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the undersigned's order adopting findings and recommendations on plea of guilty (filing no. 29) is withdrawn and stricken.

DATED this 23rd day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge