IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:16CR3057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COURTNEY L. FAYANT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing no. 37) is granted.

(2) The defendant's sentencing is continued to Wednesday, January 18, 2017, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) The parties' objections to the presentence investigation report and/or motions for departure/variance are due on or before January 4, 2017. The undersigned's tentative findings will be filed on or about January 11, 2017.

Dated October 12, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge