IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>COURTNEY L. FAYANT,<br><br>               Defendant. | 4:16CR3057<br><br>**ORDER** |

Upon review of Defendant's motion,

IT IS ORDERED:

1) Defendant's motion to modify conditions of release, (Filing No. 39), is granted and <u>provided the communications comply with the parameters recommended and pre-approved by Defendant's counselors</u>, Defendant is allowed to communicate with her mother to get her affairs in order and to provide for her child's care and custody before Defendant begins serving her sentence.

2) All other conditions of pretrial release are unchanged.

3) Defendant shall appear at her sentencing hearing before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 p.m. (noon) on January 18, 2017.

December 22, 2016.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge