IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| COURTNEY L. FAYANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant appeared today under the influence of methamphetamine at United States Probation and Pretrial Services. Ms. Fayant is facing a petition for violation of the conditions of pretrial release. She has also been sentenced to prison. She admitted that she had used yesterday and had been using over the past two weeks. She appeared with her infant daughter. Child Protective Services for the State of Nebraska was called.

IT IS ORDERED that:

1. The United States Marshal Service shall take the defendant into custody and deliver her to the Bureau of Prisons to commence her sentence. The hearing scheduled before Judge Zwart today is cancelled.

2. The child is hereby placed into the care and custody of Child Protective Services for the State of Nebraska.

DATED this 20th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge